IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:15cr4-DCB-FKB

ERICA WHITE

## PRELIMINARY ORDER OF FORFEITURE

Before the Court is the Government's Motion for a Preliminary Order of Forfeiture [21]. Having reviewed the motion, the Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on July 12, 2016, Defendant **ERICA WHITE** pled guilty to the one-count Indictment; and

WHEREAS, as a result of the guilty plea to the one-count Indictment, for which the Government sought forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, Defendant **ERICA WHITE** shall forfeit to the United States all property, real or personal, derived, directly or indirectly, from gross proceeds traceable to the one-count Indictment; and

WHEREAS, based on the evidence set forth during the plea colloquy and the sentencing hearing, the Court finds that a **$86,281.30 Money Judgment** is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461 and Fed. R. Crim. P. 32.2, and that the defendant has an interest in such property and that the Government has established the requisite nexus between such property and such offense.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant **ERICA WHITE** should therefore be ordered to pay the **$86,281.30 Money Judgment**; and

IT IS FURTHER ORDERED that notice is not required to the extent that this Order consists solely of a money judgment against the Defendant pursuant to Fed. R. Crim. P. 32.2(c)(1); and

IT IS FURTHER ORDERED, that pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall be made part of the sentence and included in the Judgment; and

IT IS FURTHER ORDERED that the United States may undertake whatever discovery is necessary to identify and locate substitute assets; and.

IT IS FURTHER ORDERED, if this preliminary order becomes the Final Order of Forfeiture, it, or an abstract of judgment, shall be enrolled in all appropriate Judgment Rolls; and

IT IS FURTHER ORDERED, the Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2.

SO ORDERED, ADJUDGED, AND DECREED this, the 25th day of July, 2016.

s/David Bramlette
HONORABLE DAVID BRAMLETTE III
SERIOR UNITED STATES DISTRICT JUDGE